UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

MELANIE MULLIS PARRISHER                    CASE NO. 20-10535
114 CARMEN COVE                             JUDGE BENJAMIN A. KAHN
ROCKINGHAM, NC  28379

     DEBTOR

SSN(1) XXX-XX-3705                          DATE:  02/09/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CITIZENS BANK NA<br>ONE CITIZENS BANK WAY MAILSTOP<br>JCA115<br>JOHNSTON, RI  02919 | $22,648.50<br>INT:  5.25%<br>NAME ID: 175530<br>CLAIM #:  0004 | (V) VEHICLE-SECURED<br><br>ACCT: 3236<br>COMMENT: 18DODG |
| DEPARTMENT OF EDUCATION<br>% FEDLOAN SERVICING<br>P O BOX 790234<br>ST LOUIS, MO  63179 | $9,419.14<br>INT:  .00%<br>NAME ID: 178959<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 3925<br>COMMENT: |
| FED LOAN SERVICING<br>P O BOX 69184<br>HARRISBURG, PA  17106 | $0.00<br>INT:  .00%<br>NAME ID: 124085<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST HEALTH OF THE CAROLINAS<br>P O BOX 3000<br>PINEHURST, NC  28374 | $0.00<br>INT:  .00%<br>NAME ID: 118394<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST TECH FEDERAL CREDIT UNION<br>ATTN SAM BANKRUPTCY<br>P O BOX 2100<br>BEAVERTON, OR  97075-2100 | $0.00<br>INT:  .00%<br>NAME ID: 179055<br>CLAIM #:  0005 | (S) SECURED<br>SURRENDERED<br>ACCT: 3193<br>COMMENT: 720OR,REL |
| FIRST TECH FEDERAL CREDIT UNION<br>ATTN SAM BANKRUPTCY<br>P O BOX 2100<br>BEAVERTON, OR  97075-2100 | $7,621.60<br>INT:  .00%<br>NAME ID: 179055<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 3193<br>COMMENT:  SPLIT,920A,DEF |
| FNB OF OMAHA<br>P O BOX 3331<br>OMAHA, NE  68103-0331 | $0.00<br>INT:  .00%<br>NAME ID: 67777<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3705<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10535

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3705<br>COMMENT: |
| PINEHURST RADIOLOGY<br>30 MEMORIAL DR<br>PINEHURST, NC  28374 | $0.00<br>INT: .00%<br>NAME ID: 42846<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PINEHURST SURGICAL CLINIC<br>P O BOX 2000<br>PINEHURST, NC  28374-2000 | $0.00<br>INT: .00%<br>NAME ID: 3804<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $10,202.15<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 8699<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $239.62<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 1146<br>COMMENT: AMAZON |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $2,320.53<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 1855<br>COMMENT: SAMS CLUB |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $4,744.43<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 3681<br>COMMENT: ULTA |
| RICHMOND COUNTY TAX DEPT<br>P O BOX 504<br>ROCKINGHAM, NC  28380 | $0.00<br>INT: .00%<br>NAME ID: 146761<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SANDHILLS EMERGENCY PHYSICIANS<br>P O BOX 3000<br>PINEHURST, NC  28374 | $0.00<br>INT: .00%<br>NAME ID: 159644<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| USAA FEDERAL SAVINGS BANK<br>P O BOX 33009<br>SAN ANTONIO, TX  78265 | $0.00<br>INT: .00%<br>NAME ID: 129078<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$57,195.97** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $5,000.00 | ATTORNEY FEE |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10535

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10535

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/09/2020                OFFICE OF THE CHAPTER 13 TRUSTEE

                         By:  /s/  Gayle McFarland
                            Clerk
                            Chapter 13 Office
                            500 W FRIENDLY AVE STE 200
                            P O BOX 1720
                            GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice